REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

October 29, 2015

ABEL ACOSTA, CLERK

COA NO, 11-13-00284-CR
PD-0868-15

COA NO, 11-13-00285-CR
PD-0869-15

In the Court of Criminal Appeals, State of Texas

unlawful possession
of a firearm
Cause Nos, CR 21838
app. Nos 11-13-00284-CR
PD-0868-15
Marc Shawn Walden
appellant pro se
V.

The State of Texas
appelle
Possession of a controlled
substance with intent to
deliver
Cause Nos. CR21977
app Nos. 11-13-00285-CR
PD-0869-15
Marc Shawn walden
appellant

V

The State of Texas
appellee

) ( Rehearing Request

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

) (On Discretionary

) (Review With Petition

) (to Court of Criminal

) (Appeals of Texas

(1)

# Motion for Rehearing on Discretionary Review with Petition TRAP 64.

64.1 *Time for filing.* A motion for rehearing may be filed with the Supreme Court Clerk within 15 days from the date when the Court renders judgment or makes an order disposing of a petition for review. In exceptional cases, if justice requires, the Court may shorten the time within which the motion may be filed or even deny the right to file it altogether.

64.2 Contents. (The motion must specify the points relied on for the rehearing).

A) TRAP 68.6 Nonconforming Petition. (The Court may strike, order redrawn, or summarily a petition for discretionary review that is unnecessarily lengthy or that does not conform to these rules).

To the Judges of the Court of Criminal Appeals of Texas, I believe the refusal will have a lot to do with the phrase, "unnecessarily lengthy", and not the phrase "does not conform



to these rules". Because I put true time and effort in to that petition, In hopes to get a re-view

"Unnecessarily lengthy", Is my fault, I put all that stuff together, In hopes so yall Judges can Get just a small view of what I have put my-self through. Then to fire up the little bit of interest needed to see the actions of a Dis-cretionary Review in the Court of Criminal Appeals of Texas, It is not favortism that is requested, only justice.

B) To the Court of Criminal Appeals of Texas, I am under this pro se, this was my first cha-nch to be herd on the two criminal cases lis-ted above. I do not know if pro se has to be viewed, I just know from TRAP 68.4 ~~xxxx~~ @ Table of contents, to(i) Appendix, I tried ~~xxxx~~ with all my heart to be direct and to the points I have on my behalf. I promise I have no sch-ool traing or money to pay a lawyer to help me,

(3)

but I will dig this down until I find a solid foundation. When that is found I will build on to it with pure truth, and time will cost.

## Prayer

Appellant pro se prays that this Honorable Court would Grant this motion and give the petition a rehearing for Discretionary Review

## Inmate Declaration

I, Marc Shawn Walden, being currently incarcerated in the TDCJ at the H.H. Coffield unit in Tennessee Colony, Anderson County, Texas, declares under the penalty of perjury that the foregoing statements are true and correct to Appellant's pro se knowledge.

Executed on this 21st day of October, 2015

Respectfully Submitted

Marc Shawn Walden
TDCJ #1874774 / H.H. Coffield unit
2661 F.M. 2054
Tennessee Colony, TX
~75884

written copy
to
Court of Criminal
Appeals of Texas

(4)

From: Marc Shawn Walden
TDCS#1874724/Coffield Unit
2661 F,M, 2054
Tennessee Colony, TX 75884

Legal mail

To: Court of Criminal
Appeals of Texas
P.O. Box 12308/Capitol Station
Austin, Texas 78711-

FOREVER USA